**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Carl Robert CHRISTY, Defendant—
Appellant.**

No. 05–6975.

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 30, 2005.

Decided: Jan. 5, 2006.

Carl Robert Christy, Appellant Pro Se.

Before MICHAEL, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Carl Robert Christy appeals the district court's order denying his former Fed. R.Crim.P. 35(a) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *See United States v. Christy*, No. CR–89–9 (E.D.N.C. filed May 23, 2005 & entered May 24, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*